UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD ENGELBACH,

        Plaintiff,

v.

COUNTY OF ISLAND; et al.,

        Defendants.

C08-1802Z

ORDER

THIS MATTER comes before the Court on Defendant City of Langley and Defendant David Marks' Motion for Summary Judgment on State Law Claims for Failure to Comply with RCW 4.96.020, dkt. 27. Having considered the papers filed in support of and in opposition to the motion, and the declarations and exhibits attached thereto, the Court enters the following Order.

The Motion for Summary Judgment is GRANTED in part and DENIED in part. Plaintiff Donald Engelbach's state law claims against Defendant City of Langley and Defendant David Marks are DISMISSED WITHOUT PREJUDICE. Plaintiff is hereby given ninety days (90) leave to amend his complaint to comply with RCW 4.96.020.

ORDER - 1

1     IT IS SO ORDERED.

2     DATED this 12th day of November, 2009.

                                                                          /s/ Thomas S. Zilly
                                                                          Thomas S. Zilly
                                                                          United States District Judge

ORDER - 2